# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| GARY WAYNE BRAGG | Case No.  6:14CR60028-001 |
| | USM No.  04230-010 |
| | Travis J. Morrissey |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of  One, Two and Three  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard Condition #9: After being notified in writing and in person to not associate with any person convicted of a felony without permission from the probation officer, on April 30, 2015, the offender admitted to associating with a known convicted felon. | 05/11/2015 |
| Two | New Law Violation: Arrest warrants for Harassing Communications and Terroristic Threatening were issued by Hot Springs, Arkansas District Court on May 11, 2015. | 05/19/2015 |
| Three | Standard Condition #6: Offender checked out of his room on May 5, 2015 and failed to notify probation officer. Whereabouts were unknown until his arrest on May 19, 2015. | 05/19/2015 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

☐  The defendant has not violated _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 25, 2015
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey,  U. S. District Judge
Name and Title of Judge

August 28, 2015
Date

Judgment — Page  2  of  2

DEFENDANT:        GARY WAYNE BRAGG
CASE NUMBER:     6:14CR60028-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :         six (6) months imprisonment with credit for time served in federal custody.  No TSR to follow.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on _____ .
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL